UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

QUYMINE BRYE,

    Plaintiff,

v.                                               CASE NO. 3:21cv839-MCR-HTC

PENSACOLA POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2021, ECF No. 7, which recommends this case be dismissed without prejudice as for Plaintiff's failure to prosecute and failure to comply with Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The mail was returned as undeliverable and with no forwarding address.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of October 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**